**Order entered January 22, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00651-CV

**ANDREW WHITE AND CHELSEA BALESTRA, Appellants**

**V.**

**NHI-REIT OF AXEL, LLC, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07841**

## ORDER

On December 23, 2019, we granted appellants Andrew White and Chelsea Balestra's counsel's motion to withdraw. At the time, briefing was complete. By notice filed January 15, 2020, Ms. Balestra informed the Court she was being represented by new counsel, Jacob B. Kring. To ensure proper disposition of this appeal, we **ORDER** Mr. Kring to inform the Court in writing, no later than February 3, 2020, if Ms. Balestra intends to proceed on the brief filed by prior counsel and, if so, whether oral argument is still requested. Failure to comply will result in the Court proceeding on the filed briefs.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE